PROB 35

# ORDER TERMINATING PROBATION
## PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Docket Number: 2:04CR00169-01** |
| ) | |
| **CHRISTOPHER TAGUDIN** ) | |
| ) | |

On October 8, 2004, the above-named was placed on Probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:   August 27, 2008
         Redding, California
         JNG:aph


                  /s/ Richard A. Ertola
**REVIEWED BY:**  _____
                  **RICHARD A. ERTOLA
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   TAGUDIN, Christopher
        Docket Number:  2:04CR00169-01
        ORDER TERMINATING PROBATION
        PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| September 15, 2008 | /s/ Edward J. Garcia |
| **Date** | **HON. EDWARD J. GARCIA**<br>**Senior United States District Judge** |

JNG:aph
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG